IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TAMMY PERRY, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CIVIL ACTION No. 3:10-CV-455-MEF |
| | ) |
| SCHNEIDER NATIONAL BULK | )   (WO) |
| CARRIER, INC., et al., | ) |
| | ) |
|     DEFENDANTS. | ) |

**<u>ORDER</u>**

Upon consideration of the submissions in this case and the applicable law, it is hereby ORDERED that the Motion to Amend Complaint (Doc. # 7) filed on June 3, 2010 is GRANTED. It is further ORDERED that Tammy Perry shall file her Amended Complaint by no later than June 25, 2010. The Amended Complaint must fully comply with the Federal Rules of Civil Procedure and the Local Rules for this Court. After the Amended Complaint has been docketed by the Clerk of the Court, Tammy Perry may file a motion to remand, but only if after considering the applicable law, including the legal authorities cited in opposition to the motion for leave to amend (Doc. # 13), she is convinced that she has a good faith legal argument for remand. Counsel for Tammy Perry is reminded that the submission of any such argument to this Court is subject to the strictures and requirements of Federal Rule of Civil Procedure 11. The Court will not look favorably on frivolous arguments.

    DONE this the 22nd day of June, 2010.

                                                      /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE